Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona   85012-1965
602.277.8996
Fax 602.253.8346

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re

CONNIE SPARKS

| **ORDER DISMISSING**
| **CHAPTER 13 CASE**
|
Debtor(s). | Case No. 07-04885 PHX RTB

     The Trustee having filed a Motion to Dismiss on June 30, 2009, and the Debtor(s) ("Debtor") having failed to bring plan payments current, file a modified plan or a motion for a moratorium, or convert to Chapter 7, the Court finds cause for dismissing the case pursuant to 11 U.S.C. Section 1307(c)(1) and (c)(4);

     NOW, THEREFORE, IT IS ORDERED:

     (a)  The Court dismisses this case and the Clerk of the Court will give notice of the dismissal to all parties in interest;

     (b)  A motion to reinstate the case filed by the Debtor may be granted without a hearing if the Trustee approves the reinstatement order.  If the Trustee disapproves of reinstating the case, the matter may be set for hearing upon motion by the Debtor.  Should the Debtor file a motion to reinstate the case, the Court may set a hearing on the motion at the request of any interested party who had joined the Trustee's motion to dismiss; and

     (c)  Except as otherwise ordered, all pending adversary proceedings, contested matters, and administrative hearings related to this case are vacated.

     (d)  Pursuant to 28 U.S.C. § 586(e)(2), the Trustee shall be paid his percentage fee from all payments and property received.

*ORDER SIGNED AND DATED ABOVE*

*A copy of this uploaded Order was mailed to
the Debtor(s) and any attorney by the
Chapter 13 Trustee on or before the date uploaded:* _____

*arife@ch13bk.com*

CONNIE SPARKS
5730 WEST BUTLER DRIVE
CHANDLER, AZ   85226

PRO PER
,     00000-

*CONNIE SPARKS
Case No. 07-04885 PHX RTB
Order Dismissing Chapter 13 Case*